Calvin L. SMITH, Plaintiff–Appellant,

v.

Ken CUCCINELLI, Attorney General for Commonwealth of Virginia, in his official capacity, Defendant–Appellee.

No. 12–1074.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 5, 2012.

Calvin L. Smith, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin L. Smith appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Cuccinelli,* No. 4:11–cv–00167–RBS–FBS (E.D.Va. Dec. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*